# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**PEGGY MISCH,**

       Plaintiff,

  -vs-                                      Case No. 16-C-687

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## DECISION AND ORDER

Peggy Misch requests leave to proceed *in forma pauperis* in this action, an appeal from the denial of social security disability benefits. Misch's affidavit demonstrates that she is unable to pay the filing fee to commence this case. 28 U.S.C. § 1915(a)(1). Therefore, Misch's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 16th day of June, 2016.

                                        **SO ORDERED:**

                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**